IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**URIEL CRUZ-ARTEAGA**, )<br>)<br>Defendant. ) | NO. <u>25-cr-2490-SMD</u> |

UNOPPOSED MOTION TO DISMISS COUNTS 2 AND 3
OF THE INFORMATION WITHOUT PREJUDICE

The United States of America moves this Court, pursuant to Fed. R. Crim. P. 48, to dismiss without prejudice Counts 2 and 3 of the Information filed in this matter. Defendant is unopposed to this motion. As grounds, the United States provides as follows.

Defendant has pled guilty and been sentenced on Count 1 of the Information, which charged a violation of 8 U.S.C. § 1325, illegal entry. Defendant either has been or likely soon will be deported from the United States.

The United States respectfully requests that the Court dismiss Counts 2 and 3 of the Information filed in this matter without prejudice. The statutory construction of the charges in Count 2 (50 U.S.C. § 797) and Count 3 (18 U.S.C. § 1382), in particular regarding the required *mens rea*, has been the subject of litigation but has not been decided by an appellate court. The United States intends to continue to advocate for the legal analysis it has previously advanced until such time as the issue is settled. The United States respectfully submits that the decision by the Department of Homeland Security to faithfully execute the laws of the United States by deporting Defendant does not warrant dismissing these charges with prejudice, but rather these charges

- 2 -

should be dismissed without prejudice so that Defendant can be re-charged if Defendant reenters, attempts to reenter, or is found in the United States in the future.

WHEREFORE, the United States respectfully requests that this Court enter an order dismissing without prejudice Counts 2 and 3 of the Information as to Defendant in the interests of justice.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*/s/  Filed Electronically on 7/30/2025*
J. KIRK WILLIAMS
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document using the Court's CM/ECF filing system which will send electronic notification to opposing counsel of record.

*/s/ Filed Electronically on 7/30/2025*
J. KIRK WILLIAMS
Assistant U.S. Attorney